# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00599-CV

**Anne Coyle, Appellant**

**v.**

**Chad Walker and Alisha Flood, Appellees**

### FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 17-0727-CC2, THE HONORABLE LAURA B. BARKER, JUDGE PRESIDING

## NO. 03-23-00868-CV

**Stephen Casey, Appellant**

**v.**

**Chad Walker and Alisha Flood, and Anne Coyle, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 17-0727-CC2, THE HONORABLE LAURA B. BARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Stephen Casey has filed a motion for relief regarding the docketing of this appeal. He explains that he was the attorney representing Chad Walker and Alisha Ford in the

underlying proceeding, and that his appeal concerns a sanction order against him that was incorporated into the final judgment in the underlying proceeding.

Anne Coyle has filed a response to the motion for relief. She confirms that this appeal and this Court's cause number 03-23-00599-CV stem from the same final judgment in the underlying proceeding. For this reason, Coyle asks this Court to consolidate the two appeals. We grant this request and consolidate this Court's cause numbers 03-23-00599-CV and 03-23-00868-CV for all purposes. The issues, records, and documents filed in cause number 03-23-00868-CV are consolidated into cause number 03-23-00599-CV.

The consolidated appeal shall proceed under cause number 03-23-00599-CV and shall be styled:

Appellant, Anne Coyle // Cross-Appellant, Steven Casey

v.

Appellees, Chad Walker and Alisha Flood // Cross-Appellee, Anne Coyle

Further, cause number 03-23-00868-CV is hereby dismissed, and Casey's motion for relief regarding the docketing of this appeal is dismissed as moot.

Before Chief Justice Byrne, Justices Smith and Theofanis

03-23-00599-CV: Consolidated

03-23-00868-CV: Dismissed

Filed: January 19, 2024